*#11091380*
*$14.86*
*MRM*
*2/22/11*

# MORRIS L. HORWITZ
## Chapter 7 United States Trustee in Bankruptcy
14 Lafayette Square, Suite 1440
Buffalo, NY 14203
(716) 838-4300 (Erie)   (716) 693-4529 (Niagara)
(716) 693-4685 (fax)

February 21, 2011

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
Olympic Towers
300 Pearl Street, Suite 250
Buffalo, New York 14202-2501

    Re:    SWANSON, GEORGE L./PATRICIA A.  Case #03-13055-K
            Request to Deposit Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $14.86. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

    ____ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

    X The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

| Claimant | Amount | Claims Register |
|---|---|---|
| eCast Settlement Corp. | $2.44 | ClaimsRegister #27 |
| World Financial Network Nat Bank | $2.15 | Claims Register #30 |
| World Financial Network Nat Bank | $3.31 | Claims Register #31 |
| World Financial Network Nat Bank | $2.51 | Claims Register #34 |
| World Financial Network Nat Bank | $2.02 | Claims Register #35 |
| Recovery Management Systems | $2.43 | Claims Register #39 |



FILED FEB 2 2 2011 BANKRUPTCY COURT BUFFALO, N.Y.

_____
Morris L. Horwitz, Trustee

# Claims Proposed Distribution

## Case: 03-13055 SWANSON, GEORGE L.

Case Balance: $1,922.16    Total Proposed Payment: $1,922.16    Remaining Balance: $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 11 | Kaufmann's | Unsecured | 963.37 | 963.37 | 80.06 | 883.31 | 7.18 | 513.32 |
| | Claim Memo: Unknown Class | | | | | | | |
| 12 | World Financial Network | Unsecured | 361.51 * | 0.00 | 0.00 | 0.00 | 0.00 | 513.32 |
| | Claim Memo: Unknown Class | | | | | | | |
| 13 | World Financial Network | Unsecured | 1,625.00 * | 0.00 | 0.00 | 0.00 | 0.00 | 513.32 |
| | Claim Memo: Unknown Class | | | | | | | |
| 14 | eCast Settlement Corp., assignee of General Electric Private | Unsecured | 1,576.92 * | 1,466.18 | 121.84 | 1,344.34 | 10.93 | 502.39 |
| | Claim Memo: Unknown Class | | | | | | | |
| 15 | eCast Settlement Corp., assignee of General Electric Private | Unsecured | 1,213.79 * | 1,128.55 | 93.78 | 1,034.77 | 8.42 | 493.97 |
| | Claim Memo: Unknown Class | | | | | | | |
| 16 | e-Cast Settlement assignee Sears Bankruptcy Recovery | Unsecured | 956.05 * | 888.91 | 73.87 | 815.04 | 6.63 | 487.34 |
| | Claim Memo: Unknown Class; assigned 12/15/2003 | | | | | | | |
| 17 | eCast Settlement assignee Sears Bankruptcy Recovery | Unsecured | 8,585.62 * | 7,957.51 | 661.27 | 7,296.24 | 59.35 | 427.99 |
| | Claim Memo: Unknown Class; assigned 12/15/2003 | | | | | | | |
| 18 | Sherman/Resurgent assignee Sears Bankruptcy Recovery | Unsecured | 5,446.41 * | 5,047.96 | 419.49 | 4,628.47 | 37.64 | 390.35 |
| | Claim Memo: Unknown Class; assigned 1/7/2004 | | | | | | | |
| 19 | The Bon Ton | Unsecured | 1,694.24 * | 0.00 | 0.00 | 0.00 | 0.00 | 390.35 |
| | Claim Memo: Unknown Class | | | | | | | |
| 20 | World Financial Network | Unsecured | 309.63 * | 0.00 | 0.00 | 0.00 | 0.00 | 390.35 |
| | Claim Memo: Unknown Class | | | | | | | |
| 21 | World Financial Network | Unsecured | 476.44 * | 0.00 | 0.00 | 0.00 | 0.00 | 390.35 |
| | Claim Memo: Unknown Class | | | | | | | |
| 23 | Discover Bank | Unsecured | 11,719.31 * | 10,844.77 | 901.21 | 9,943.56 | 80.87 | 309.48 |
| | Claim Memo: Unknown Class | | | | | | | |
| 24 | Household Affinity Funding Corp. III | Unsecured | 3,642.54 * | 3,370.72 | 280.11 | 3,090.61 | 25.14 | 284.34 |
| | Claim Memo: Unknown Class | | | | | | | |
| 25 | B-First LLC assignee Bank One, N.A. Bank One, Delaware NA | Unsecured | 4,344.07 * | 4,019.90 | 334.06 | 3,685.84 | 29.97 | 254.37 |
| | Claim Memo: Unknown Class; assigned 1/26/2004 | | | | | | | |
| 26 | B-First LLC assignee Bank One, N.A. Bank One, Delaware NA | Unsecured | 14,994.70 * | 13,875.76 | 1,153.09 | 12,722.67 | 103.47 | 150.90 |
| | Claim Memo: Unknown Class; assigned 1/26/2004 | | | | | | | |

(*) Denotes objection to Amount Filed

# Claims Proposed Distribution

### Case: 03-13055 SWANSON, GEORGE L.

**Case Balance:** $1,922.16   **Total Proposed Payment:** $1,922.16   **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 27 | eCast Settlement Corp., assignee of<br>**Claim Memo:** Unknown Class | Unsecured | 350.68 * | 326.05 | 27.09 | 298.96 | 2.44 | 148.46 |
| 28 | Card Processing Center<br>**Claim Memo:** Unknown Class | Unsecured | 1,854.22 * | 1,724.00 | 143.27 | 1,580.73 | 12.85 | 135.61 |
| 29 | Household Bank (SB), N.A. eCast Settlement Corp.<br>**Claim Memo:** Unknown Class | Unsecured | 4,296.08 * | 3,975.49 | 330.37 | 3,645.12 | 29.64 | 105.97 |
| 30 | World Financial Network National Bank Limited<br>**Claim Memo:** Unsecured | Unsecured | 293.74 * | 287.88 | 23.92 | 263.96 | 2.15 | 103.82 |
| 31 | World Financial Network National Bank Victoria's Secret<br>**Claim Memo:** Unsecured | Unsecured | 451.99 * | 442.98 | 36.81 | 406.17 | 3.31 | 100.51 |
| 32 | World Financial Network National Bank Express<br>**Claim Memo:** Unsecured | Unsecured | 1,265.69 * | 1,252.22 | 104.06 | 1,148.16 | 9.34 | 91.17 |
| 33 | World Financial Network National Bank Lerner Mail Order<br>**Claim Memo:** Unsecured | Unsecured | 1,542.52 * | 1,510.88 | 125.56 | 1,385.32 | 11.26 | 79.91 |
| 34 | World Financial Network National Bank La Redoute<br>**Claim Memo:** Unsecured | Unsecured | 342.73 * | 336.12 | 27.93 | 308.19 | 2.51 | 77.40 |
| 35 | World Financial Network National Bank The Avenue<br>**Claim Memo:** Unsecured | Unsecured | 274.73 * | 269.97 | 22.43 | 247.54 | 2.02 | 75.38 |
| 36 | The Bon Ton<br>**Claim Memo:** Unknown Class | Unsecured | 1,525.26 * | 1,525.26 | 126.75 | 1,398.51 | 11.37 | 64.01 |
| 37 | Citibank/ CHOICE<br>**Claim Memo:** Unsecured | Unsecured | 7,192.16 | 7,192.16 | 597.67 | 6,594.49 | 53.64 | 10.37 |
| 38 | Recovery Management Systems Corporation For GE Money Bank<br>**Claim Memo:** Unsecured | Unsecured | 1,063.82 | 1,063.82 | 88.40 | 975.42 | 7.94 | 2.43 |
| 39 | Recovery Management Systems Corporation For GE Money Bank<br>**Claim Memo:** Unsecured | Unsecured | 325.67 | 325.67 | 27.06 | 298.61 | 2.43 | 0.00 |
| **SUBTOTAL FOR UNSECURED** | | | 116,055.90 | 102,868.05 | 8,548.41 | 94,319.64 | 767.12 | |

(*) Denotes objection to Amount Filed

Case 1-03-13055-MJK    Doc 119    Filed 02/22/11    Entered 02/22/11 13:30:17    Desc
Main Document    Page 3 of 4

Page: 4

# Claims Proposed Distribution

### Case: 03-13055 SWANSON, GEORGE L.

| Case Balance: | $1,922.16 | Total Proposed Payment: | $1,922.16 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | Total for Case 03-13055 : | | $188,001.78 | $108,460.43 | $12,985.75 | $95,474.68 | $1,922.16 | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $5,592.38 | $5,592.38 | $4,437.34 | $1,155.04 | 100.000000% |
| Total Secured Claims : | $66,353.50 | $0.00 | $0.00 | $0.00 | 0.000000% |
| Total Unsecured Claims : | $116,055.90 | $102,868.05 | $8,548.41 | $767.12 | 9.055805% |

Case 1-03-13055-MJK    Doc 119    Filed 02/22/11    Entered 02/22/11 13:30:17    Desc
Main Document    Page 4 of 4