
receipt # 11091878
$12.85

## MORRIS L. HORWITZ
### Chapter 7 United States Trustee in Bankruptcy
14 Lafayette Square, Suite 1440
Buffalo, NY 14203
(716) 838-4300 (Erie)   (716) 693-4529 (Niagara)
(716) 693-4685 (fax)

June 1, 2011

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
Olympic Towers
300 Pearl Street, Suite 250
Buffalo, New York 14202-2501

    Re:   SWANSON, GEORGE L.      Case #03-13055-K
           Request to Deposit Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

    Enclosed please find my Trustee's check in the amount of $12.85. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

    __X__ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or** Claimant never cashed check

    ____ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

    Claimant:   Card Processing Center   Amount $12.85   Claims Register #28

*(signature)*

Morris L. Horwitz, Trustee

FILED JUN - 3 2011 BANKRUPTCY COURT BUFFALO, NY

Case 1-03-13055-MJK   Doc 130   Filed 06/03/11   Entered 06/03/11 14:50:25   Desc
Main Document   Page 1 of 1